IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

ERIC C. DETERS  Case No.: 1:12-MC-042
Ohio Atty. Reg. No. 0038050  Chief Judge Susan J. Dlott
RESPONDENT

## O R D E R

It appearing to the Court that on June 8, 2012, an Order was entered in this proceeding suspending Respondent for a period of 61 days from the date of May 25, 2012, and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

_____
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio